IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 7:01-MJ-291 |
| v. | ) | |
| | ) | |
| FREDERICK STILES WANAMAKER | ) | |

## MOTION TO DISMISS UFAP COMPLAINT

For the reasons stated herein, the United States, through its' below signed counsel, moves this Court to Dismiss the complaint against the defendant Frederick Stiles Wanamaker for Unlawful Flight to Avoid Prosecution (hereinafter "UFAP").

On April 11, 2000, Wanamaker was indicted, by a Buckingham County Grand Jury, on 21 counts of Aggravated Sexual Battery and Sodomy, based on an investigation by the Virginia State Police and others. In August 2000, the Federal Bureau of Investigation (hereinafter "FBI") received a letter from the Buckingham County Commonwealth's Attorney, requesting the assistance of the FBI in locating and apprehending Wanamaker, as that office believed Wanamaker had fled the Commonwealth of Virginia to avoid prosecution.   The letter also advised that Buckingham County intended to extradite Wanamaker from wherever he may be found, to stand trial.

On September 11, 2001, a federal criminal complaint was filed charging Wanamaker with Unlawful Flight to Avoid Prosecution. A copy is attached as Government Exhibit 1.

On June 9, 2016, the Virginia State Police advised the FBI that the NCIC entries for all substantive counts against Wanamaker were removed in approximately 2015 due to witness/victim difficulties, the deaths of both of Wanamaker's parents, and diminished lead

1

activity. The Virginia State Police case was closed at that time and the substantive warrants were turned over to the Buckingham County Commonwealth's Attorney.

On June 10, 2016, Buckingham County Commonwealth's Attorney E.M. Wright advised the FBI that his office had no interest in maintaining the substantive warrants against Wanamaker, and that he intended to file them with the circuit court to cause their dismissal.

For the reasons set forth herein, the United States moves for dismissal of the UFAP complaint.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney

___s/*Charlene Day*_____
CHARLENE R. DAY
Assistant United States Attorney
VA Bar No. 42707
P.O. Box 1709
Roanoke, Virginia 24008-1709
540-857-2250
Charlene.day@usdoj.gov